IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV346

| | | |
|---|---|---|
| FRANK J. LINEBERGER, SR., | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DELORIS JEAN HENRY, | ) | |
|       Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion.

IT IS ORDERED that this case be DISMISSED for failure to perfect appeal as required by Fed. R. Bankr. P. 8006.

Signed: March 28, 2007

Graham C. Mullen
United States District Judge